Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California 95123
(415) 922-5462 telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
KYLE ARCAND

FILED

MAR – 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KYLE ARCAND,<br>a/k/a korax,<br>a/k/a despair<br><br>Defendant. | Case No. CR06-00429 RMW<br><br>STIPULATION AND [Proposed]<br><br>Order to Continue Sentencing |

The parties, by and through their respective attorneys, Hanley Chew, A.U.S.A. for the United States and Anthony J. Brass for the defendant Kyle Arcand, hereby stipulate to continue the sentencing currently set for March 9, 2009 to May 4, 2009.

This parties are still making a determination regarding the restitution in this matter. Further, the parties are continuing to use the services of an expert to make the determination of restitution and that expert needs more time.

Wherefore it is stipulated between parties that the sentencing date be continued from March 9, 2009 to May 4, 2009.

SO STIPULATED:

_____
Anthony J. Brass
Attorney for Defendant Kyle Arcand

March 4, 2009
Date

_____
Hanley Chew
Attorney for United States of America

Date 3/5/09

SO ORDERED:

_____
United States District Court Judge

3/6/09
Date

*U.S. v. Kyle Arcand* CR 06-00429 RMW
Stipulation and Order