Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California  95123
(415) 922-5462  telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
KYLE ARCAND

*E-FILED - 5/1/09*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>KYLE ARCAND,<br>    a/k/a korax,<br>    a/k/a despair<br><br>    Defendant. | Case No.CR06-00429 RMW<br><br>**STIPULATION AND []**<br><br>**Order to Continue Sentencing** |

The parties, by and through their respective attorneys, Hanley Chew, A.U.S.A. for the United States and Anthony J. Brass for the defendant Kyle Arcand, hereby stipulate to continue the sentencing currently set for May 4, 2009 to June 8, 2009.

This parties are still making a determination regarding the restitution in this matter. Further, the parties are continuing to use the services of an expert to make the determination of restitution and that expert needs more time.

Wherefore it is stipulated between parties that the sentencing date be continued from May 4, 2009 to June 8, 2009.

SO STIPULATED:

___/s/_____         April 29, 2009
Anthony J. Brass                                   Date
Attorney for Defendant Kyle Arcand


____/s/_____         April 29, 2009
Hanley Chew                                        Date
Attorney for United States of America


SO ORDERED:

*Ronald M. Whyte*
_____         5/1/09_____
United States District Court Judge            Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*U.S. v. Kyle Arcand* CR 06-00429 RMW
**Stipulation and Order**